THE NEW YORK EDISON COMPANY, INC., Respondent, *v.* THE CITY OF NEW YORK et al., Appellants.

(Argued October 16, 1935; decided October 22, 1935.)

*Paul Windels,* Corporation Counsel *(Joseph L. Weiner* and *Henry R. Bright* of counsel), for appellants.

*Joseph M. Proskauer, Randall J. Le Boeuf, Jr., Horace R. Lamb* and *J. Alvin Van Bergh* for respondent.

Order affirmed, with costs, on the authority of *Matter of Tierney* v. *Cohen* (268 N. Y. 464). Second, third and fourth questions certified answered in the negative; other questions certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.